01-15-01082-CR

CLERKS NOTICE OF APPEAL
CAUSE No. 15-03-15166

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **WALLER COUNTY, TEXAS** |
| | § | |
| **MARION HOOVER SMALL** | § | **506**<sup></sup>**TH JUDICIAL DISTRICT** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/18/2015 3:57:49 PM
CHRISTOPHER A. PRINE
Clerk

| | |
|---|---|
| Defendant/Appellant | MARION HOOVER SMALL |
| Court | 506ʰ JUDICIAL DISTRICT |
| Judge | HON. ALBERT M. MCCAIG, JR. |
| Appellant's Attorney | MR. JOSHUA S. CLOVER (Appointed)<br>P.O. Box 2548<br>Brenham, Texas 77834<br>Phone: (979) 836-7733<br>State Bar No. 24045668 |
| Plaintiff/Appellee | WALLER COUNTY DISTRICT ATTORNEY'S OFFICE<br>ELTON R. MATHIS, District Attorney<br>Sean G. Whittmore, Assistant District Attorney<br>645 12ᵗʰ Street<br>Hempstead, Texas 77445<br>Phone: (979) 826-7718 |
| Court Reporter | ROBYN WILEY<br>836 Austin Street, Rm 307<br>Hempstead, Texas 77445<br>(979) 921-0921 |
| Date of Judgment | December 3, 2015 |
| Notice of Appeal | December 15, 2015 |
| Assigned | First Court of Appeals |

## Liz Pirkle

LIZ PIRKLE, DISTRICT CLERK OF WALLER COUNTY

By: _Adelaida Miranda_

Adelaida Miranda, Deputy Criminal Clerk

CERTIFIED MAIL No. (Electronically filed 12/18/15)

cc: Hon. Albert M. McCaig, Jr.
    Robyn Wiley, CSR
    Joshua Clover, Attorney
    Sean Whittmore, Assistant D.A.

| THE STATE OF TEXAS | § | IN THE 506TH DISTRICT |
|---|---|---|
| | § | |
| V. | § | COURT |
| | § | |
| MARION HOOVER SMALL | § | WALLER COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX01714552 | § | |

## JUDGMENT OF CONVICTION BY JURY

| Judge Presiding: | HON. ALBERT M. McCAIG, JR. | Date Judgment Entered: | 12/3/2015 |
|---|---|---|---|
| Attorney for State: | SEAN WHITTMORE | Attorney for Defendant: | LEE VAN RICHARDSON |

Offense for which Defendant Convicted:

POSSESSION OF CONTROLLED SUBSTANCE

| Charging Instrument: | Statute for Offense: |
|---|---|
| INDICTMENT | 481.116 |

| Date of Offense: |
|---|
| 2/28/2015 |

| Degree of Offense: | Plea to Offense: |
|---|---|
| 2ND DEGREE FELONY | NOT GUILTY |

| Verdict of Jury: | Findings on Deadly Weapon: |
|---|---|
| GUILTY | N/A |

| Plea to 1st Enhancement Paragraph: | NOT TRUE | Plea to 2nd Enhancement/Habitual Paragraph: | NOT TRUE |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | TRUE | Findings on 2nd Enhancement/Habitual Paragraph: | TRUE |

| Punished Assessed by: | Date Sentence Imposed: | Date Sentence to Commence: |
|---|---|---|
| JURY | 12/3/2015 | 12/3/2015 |

| Punishment and Place of Confinement: | LIFE  INSTITUTIONAL DIVISION, TDCJ |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ | $ 327.00 | $ N/A | ☐ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |

☒ Attachment A, Order to Withdraw Funds, is incorporated into this judgment and made a part hereof.

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was N/A .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| | From 3/1/2015 to 3/2/2015  From 3/5/2015 to 12/3/2015     From     to |
| Time Credited: | From     to     From     to     From     to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | N/A DAYS    NOTES: N/A |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Waller County, Texas. The State appeared by her District Attorney.

Counsel / Waiver of Counsel (select one) (au)

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and ORDERED it entered upon the minutes of the Court.

**Punishment Assessed by Jury / Court / No election (select one)**

☒ Jury. Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

☐ Court. Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

☐ No Election. Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options (select one)**

☒ Confinement in State Jail or Institutional Division. The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the Director, Institutional Division, TDCJ The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Waller County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ County Jail—Confinement / Confinement in Lieu of Payment. The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Waller County, Texas on the date the sentence is to commence. Defendant shall be confined in the Waller County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Waller County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ Fine Only Payment. The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Waller County District Clerk Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

**Execution / Suspension of Sentence (select one)**

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

**Furthermore, the following special findings or orders apply:**

Signed and entered on December 3, 2015

X _____
ALBERT M. MCCAIG, JR.
JUDGE PRESIDING

Clerk: LIZ PIRKLE

Right Thumbprint



| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 506TH DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| MARION HOOVER SMALL | § | WALLER COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX01714552 | § | |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT TO APPEAL*

I, Judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal. *[or]*

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. *[or]*

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. *[or]*

☐ is a plea-bargain case, and the defendant has NO right of appeal. *[or]*

☐ the defendant has waived the right of appeal.

_____     *12-3-2015*
Judge                             Date Signed

I have received a copy of this Certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgment and opinion to my last know address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX.R.APP.P.68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

| | |
|---|---|
| _____ | _____ |
| Defendant | Defendant's Counsel |
| Mailing Address: | State Bar of Texas ID # 16867680 |
| Telephone Number | Mailing Address |
| Fax Number (if any) | Telephone Number |
| | Fax Number (if any): 979 826 8008 |

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case -- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant -- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2)

WALLER COUNTY
CRIMINAL MINUTES



| THE STATE OF TEXAS | § | IN THE 506TH DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| MARION HOOVER SMALL | § | WALLER COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX01714552 | § | |

## WAIVER OF PRESERVATION OF EVIDENCE

Joined by my counsel, I waive the preservation of any and all evidence in this case including known biological evidence. I understand that under Tex. Code Crim. Pro. Art. 38.43, evidence known to contain biological material must be preserved until I die, complete my sentence or if I am sentenced to confinement, until I am released on parole or mandatory supervision; and that I, my counsel, and the court would have 90 days to object to the planned destruction of such evidence. I fully understand that scientific testing of evidence containing biological material could establish the identity of the person committing the offense in this cause or exclude me from the group of person who could have committed the offense. I agree that testing of any such evidence is unnecessary because I am criminally responsible for the offense charged. I hereby waive my right to notice of and objection to the planned destruction of evidence known to contain biological material under Article 38.43. If a weapon(s) was seized from me and under Tex. Code Crim. Proc. Art. 18.19 I would be rightfully entitled to the return of the weapon, I hereby also waive the right to return of said weapon(s). I agree that all evidence collected in this case may be returned to the rightful owner other than myself, used for law enforcement purposes, or destroyed.

Approved:

_____          _____
Defendant                                                      Counsel for the Defendant

## ORDER FOR DESTRUCTION OF EVIDENCE

The Court finds that Defendant has knowingly and voluntarily waived preservation of all evidence in this cause and THEREFORE ORDERS the law enforcement agency in possession of the evidence in this case to return the evidence to the rightful owner other than the Defendant, use the evidence for law enforcement purposes, or destroy the evidence at any date after 30 days from the date of this order, including but not limited to the following evidence:

The Court further ORDERS the clerk of this Court to provide a copy of this order to defense counsel and the State.

Signed on this December 3, 2015

_____
**Judge Presiding**

WALLER COUNTY
CRIMINAL MINUTES

VOL 046 PG 0497

Marion Small                                                      Page 4 of 4

# CAUSE NUMBER: <u>15-03-15166</u>

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 506<u>TH</u> JUDICIAL DISTRICT |
| | § | |
| MARION HOOVER SMALL | § | WALLER COUNTY, TEXAS |

## <u>NOTICE OF APPEAL</u>

## TO THE HONORABLE JUDGE OF SAID COURT:

Now comes **Marion Hoover Small**, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against **Marion Hoover Small**.

Respectfully submitted,
**RICHARDSON LAW OFFICE, PLLC**
1047 Austin Street
Hempstead, Texas 77445
Telephone: 979.826.8008
Facsimile: 979.826.8818
E-mail: leevanjr@yahoo.com

By:_____
Lee Van Richardson, Jr.
State Bar Number: 16867680
E-mail: leevanjr@yahoo.com
Attorney for Defendant,
Marion Hoover Small

\\LEEVANRICHARDS\Users\Lee Van Richards\WPDOCS\CLIENTS\Small. Marion Hoover (Jr) -CR\Notice.of.Appeal-(Small.Marion.Hoover).doc

## CERTIFICATE OF SERVICE

This is to certify that on December 15, 2015, a true and correct copy of the above and foregoing document was served on Sean G. Whittmore, Assistant Criminal District Attorney, Waller County District Attorney's Office, 645 12th Street, Hempstead, Texas 77445, by facsimile transmission to 979.826.7722.

_____
Lee Van Richardson, Jr.

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 506TH JUDICIAL DISTRICT |
| | § | |
| MARION HOOVER SMALL | § | WALLER COUNTY, TEXAS |

## <u>TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL</u>

I, Albert M. McCaig, Jr., judge of the trial court certify this criminal case is

not a plea-bargain case and the Defendant has the right of appeal.

_____     December 3, 2015
Judge                                Date Signed

I have received a copy of the certification. <u>I have also been informed of my rights concerning my appeal in this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rule of Appellate Procedure. I have been admonished that my attorney must mail a copy of the Court of Appeal's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se Petition for Discretionary Review in the Court of Appeals.</u> I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se Petition for Discretionary Review.

| | |
|---|---|
| _____ | _____ |
| **Marion Hoover Small**, Defendant | **Lee Van Richardson, Jr.** |
| TDC Number: 01714552 | State Bar Number: 16867680 |
| Waller County Jail | 1047 Austin Street |
| 701 Calvit Street | Hempstead, Texas 77445 |
| Hempstead, Texas 77445 | Telephone: 979.826.8008 |
| | Facsimile: 979.826.8818 |

"A defendant in a criminal case has the right of appeal to a court of appeals under these rules. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment

\\LEEVANRICHARDS\Users\Lee Van Richards\WPDOCS\CLIENTS\Small. Marion Hoover (Jr) -CR\Notice.of.Appeal-(Small.Marion.Hoover).doc

Page 3 of 4

recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motions filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." Texas Rule of Appellate Procedure 25.2(a)(2).

.

\\LESVANRICHARDS\Users\Lee Van Richards\WPDOCS\CLIENTS\Small, Marion Harvey (4r)\CR\Motion.of.Appeal-Small.Marion.Harvey1.doc

Filed __December 16, 2015__
AT __3:30__ O'Clock __P__ M __
LIZ PIRKLE
WALLER COUNTY, TEXAS
BY __Cara__
DEPUTY

Cause No. 15-03-15166

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| v. | § | OF WALLER COUNTY, TEXAS |
| MARION HOOVER SMALL | § | 506TH JUDICIAL DISTRICT |

## ORDER APPOINTING COUNSEL
## FOR APPELLATE PURPOSES

The defendant having made application to the Court for the appointment of an attorney, and the defendant represented through an affidavit or testimony of indigence, the Court is of the opinion that the defendant is indigent and is entitled to appointment of counsel in this cause of action.

Therefore, the Court hereby appoints:
Mr. Joshua S. Clover
Clover & Marak, PLLC
P.O. Box 2548
Brenham, Texas 77834
979.836.7733

a duly licensed and practicing attorney, to represent the Defendant through the trial of this matter and through any appeal to the Court of Appeals, but not to the Court of Criminal Appeals.

The Court Reporter and District Clerk are hereby directed to prepare a record of the proceedings in this matter in compliance with counsel's designation of record.

Copies of this Order shall be provided by the Clerk to the Defendant, appointed trial counsel, appointed appellate counsel, counsel for the State and the Court Reporter.

Dated December 16, 2015.

JUDGE PRESIDING